**Motion Granted and Judgment Rendered and Opinion Filed July 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01262-CV

### BILLY HARRIS AND DEMAKI HARRIS, Appellants
### V.
### CITIMORTGAGE, INC., Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-04569-B**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Lewis
Opinion by Justice Francis

The Court has before it the parties' July 28, 2014 joint motion to dismiss in which they assert they have reached an agreement to settle and compromise their differences. They ask the Court to render judgment effectuating their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A).

We **GRANT** the parties' joint motion and **RENDER** judgment effectuating their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

131262F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

BILLY HARRIS AND DEMAKI HARRIS,
Appellants

No. 05-13-01262-CV        V.

CITIMORTGAGE, INC., Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-11-04569-B.
Opinion delivered by Justice Francis,
Justices Myers and Lewis participating.

In accordance with this Court's opinion of this date, we **GRANT** the parties' joint motion and **RENDER** judgment effectuating their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A). Subject to any agreement of the parties, each party shall bear its own costs of this appeal.

Judgment entered this 29th day of July, 2014.